THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Randolph
 Ringstad, Appellant,
 
 
 

v.

 
 
 
 South Carolina
 Department of Probation, Parole and Pardon Services, Respondent.
 
 
 

Appeal from the Administrative Law Court
 Deborah Brooks Durden, Administrative Law
Judge

Unpublished Opinion No. 2011-UP-350  
 Submitted June 1, 2011  Filed June 29,
2011

VACATED AND REMANDED

 
 
 
 Randolph Ringstad, pro se, for Appellant.
 Teresa A. Knox, J. Benjamin Aplin, and Tommy
 Evans, Jr., all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Randolph
 Ringstad appeals the Administrative Law Court's (ALC) order affirming his
 administrative appeal of the Department of Probation, Parole and Pardon
 Services' (the Department) routine denial of his parole.  We vacate[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: S.C. Code
 Ann. § 1-23-600(D) (Supp. 2010) (providing that the ALC "shall not hear .
 . . an appeal involving the denial of parole to a potentially eligible inmate
 by the Department"); Compton v. S.C. Dep't of Prob., Parole &
 Pardon Servs., 385 S.C. 476, 479, 685 S.E.2d 175, 177 (2009) (holding that
 an order denying parole and stating consideration of all statutory and
 Department criteria is sufficient to avoid deeming an inmate effectively
 ineligible for parole).  We vacate the order of the ALC and remand with
 instructions to dismiss the appeal pursuant to section 1-23-600(D).
VACATED AND REMANDED.
FEW, C.J., HUFF, J., and
 GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.